## YOUNG v. STATE.
### No. 22546.

Court of Criminal Appeals of Texas.
June 9, 1943.

Rehearing Denied June 25, 1943.

Alex P. Pope, of Tyler, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Conviction is for driving an automobile upon a public highway while appellant was intoxicated. Upon his plea of guilty and waiver of trial by jury, the court assessed his punishment at a fine of fifty dollars.

The information properly charges the offense. The record contains neither statement of facts nor bills of exceptions. In such condition nothing is presented for review.

The judgment is affirmed.